**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2007, the Defendant's Answer was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

>George Sitaras, Esq.
>GEORGOULIS & ASSOCIATES, PLLC
>Attorneys for Plaintiffs
>45 Broadway, 14th Floor
>New York, New York  10006

Dated: Mineola, New York
       September 27, 2007

>s/Michael A. Haskel
>MICHAEL A. HASKEL (MH 4680)
>Law Offices of Michael A. Haskel
>Attorneys for Defendant
>167 Willis Avenue
>Mineola, NY 11501