```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MARCUS NISPEL, et al.,              :
                                    :
                 Plaintiffs,        :
                                    :   07 Civ. 06099 (BSJ)(THK)
        -against-                   :
                                    :   SCHEDULING ORDER
WARREN J. PEARL,                    :
                                    :
                                    :
                 Defendant.         :
------------------------------------X
```

**FROM: THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This action having been referred to this Court for general pretrial supervision; and the parties having participated in a pretrial conference; it is hereby ORDERED:

1. By November 28, 2007, the parties shall exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

2. The parties shall attend a settlement conference before the Court on January 31, 2008, at 10:00 a.m., in Courtroom 17D.

3. There shall be no further amendments to the pleadings or joinder of additional parties, without a showing of good cause, after February 29, 2008.

4. By April 1, 2008, the parties shall complete fact discovery.

5. By April 21, 2008, Plaintiffs shall produce their expert witness reports to Defendant.

6. By May 12, 2008, Defendant shall produce his rebuttal expert witness report, if any, to Plaintiffs.

7. By May 30, 2008, the parties shall complete depositions of all expert witnesses.

SO ORDERED.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated:    November 13, 2007
          New York, New York