```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MARCUS NISPEL, et al.,              :

                 Plaintiffs,        :
                                         07 Civ. 06099 (BSJ)(THK)
     -against-                      :
                                         SCHEDULING ORDER
WARREN J. PEARL,                    :

                                    :

                 Defendant.         :
------------------------------------X
```

**FROM: THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This action having been referred to this Court for general pretrial supervision; and the parties having participated in a pretrial conference; it is hereby ORDERED:

1. There shall be no further amendments to the pleadings or joinder of additional parties, without a showing of good cause, after April 21, 2008.

2. By May 30, 2008, the parties shall complete fact discovery, including depositions of all fact witnesses.

3. By June 16, 2008, Plaintiffs shall produce their expert reports, if any, to Defendant.

4. By July 7, 2008, Defendant shall produce his rebuttal expert reports, if any, to Plaintiffs.

5. By August 1, 2008 the parties shall complete depositions of all expert witnesses.

6. Any and all dispositive motions shall be filed by September 1, 2008.

SO ORDERED.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated:   March 21, 2008
         New York, New York