0004/0005

0002/0005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

------------------------------------------------x

MARCUS NISPEL and DYAN NISPEL        :

                    Plaintiffs,       :        Case No. 07 Civ. 6099 (BSJ) (THK)

        - against -                   :

                                      :        REVISED SCHEDULING ORDER

WARREN J. PEARL                       :

                    Defendant.        :

------------------------------------------------x

Upon consent of the parties, it is hereby

**ORDERED** as follows:

1. The date by which the parties may make amendments to their pleadings ~~or join additional parties~~ without a showing of good cause, is extended from April 21, 2008 to June 30, 2008;   *T.K.*

2. The date by which the parties are to complete fact discovery, including depositions of all fact witnesses, is extended from May 30, 2008 to June 30, 2008;

3. The date by which the plaintiffs shall produce their expert reports, if any, to the defendant, is extended from June 16, 2008 to July 16, 2008;

4. The date by which the defendant shall produce his rebuttal expert report, if any, to plaintiffs is extended from July 7, 2008, to August 7, 2008;

5. The date by which the parties shall complete depositions of all expert witnesses is extended from August 1, 2008, to September 1, 2008;

6. The date by which the parties may file dispositive motions is extended from September 1, 2008 to October 1, 2008.

Dated: New York, New York
    April  22    , 2008

_____
        Theodore H. Katz
United States Magistrate Judge

CONSENTED TO:

**Law Office of Michael A. Haskel**
*Attorney for Defendant*

By: _____
    Michael A. Haskel
167 Willis Avenue
Mineola, New York 11501
T. (516) 294-0250
F. (516) 294-0854


**Georgoulis & Associates, PLLC**
*Attorneys for Plaintiffs*

By: _____
    George Sitaras (7148)
45 Broadway, 14th Floor
New York, New York 10006
T. (212) 425-7854
F. (212) 422-5360